UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Dorothy Harvey</u>

    v.                                    Civil No. 08-cv-92-JM

<u>Jeffrey Wheatley</u>
<u>Andrea Wheatley</u>
<u>Steven Wheatley</u>

## O R D E R

The motion for reconsideration (document no. 18) is granted.

Settlement approved.  The unpaid medical bills of $2,145.00, Massachusetts lien of $423.64 and attorney expenses of $3,009.62 are to be paid.  Counsel fees of $75,000 are allowed.  The balance, $219,421.74, is to be distributed to the R.J.H. Irrevocable Trust, which is to fund two annuities described in the Petition for Approval of Minor's Settlement.  Counsel for the minor shall be responsible for the settlement funds until said funds have been deposited in the Trust's Account.

Upon approval of this settlement, Fifteen Thousand and 00/100 ($15,000.00) will be distributed directly into the Trust.  Thereafter, a deposit of approximately Sixty Six Thousand Nine Hundred Thirty-four and 40/100 ($66,934.40) will be placed in an

Immediate Annuity and the remainder of the settlement proceeds will be placed in a Deferred Annuity.

Approval is conditional upon compliance with this Order with respect to payment of bills and deposit of funds in accordance with this Order.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: April 28, 2009

cc:   Peter J. Perroni, Esq.